**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Marlene Erickson, | Civil No. 07-4017 (RHK/AJB) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| C.B. Fleet Company, Inc., | |
| Defendant. | |

---

The Court having been advised that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice. The Court retains jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 27, 2009

                                                    s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge